```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 26319
   WALTER ERIC HALL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9359


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/01/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 12/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
NATIONAL CITY MORTGAGE    CURRENT MORTG           .00           .00            .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE      10000.00           .00            .00
CAPITAL ONE               SECURED NOT I           .00           .00            .00
CAPITAL ONE               UNSECURED          7433.65           .00            .00
CAPITAL ONE               SECURED NOT I           .00           .00            .00
CAPITAL ONE               UNSECURED          2097.48           .00            .00
CAPITAL ONE               SECURED NOT I           .00           .00            .00
CAPITAL ONE               UNSECURED         NOT FILED           .00            .00
FIRST PREIMER BANK        SECURED NOT I           .00           .00            .00
FIRST PREIMER BANK        UNSECURED         NOT FILED           .00            .00
HELLER & FRISONE          SECURED NOT I           .00           .00            .00
HELLER & FRISONE          UNSECURED         NOT FILED           .00            .00
HSBC BANK                 SECURED NOT I           .00           .00            .00
HSBC BANK                 UNSECURED         NOT FILED           .00            .00
HSBC BANK                 SECURED NOT I           .00           .00            .00
HSBC BANK                 UNSECURED         NOT FILED           .00            .00
NORTHSTAR CAPITAL ACQUIS  SECURED NOT I           .00           .00            .00
NORTHSTAR CAPITAL ACQUIS  UNSECURED         NOT FILED           .00            .00
BLATT HASENMILLER LEIBSK  SECURED NOT I           .00           .00            .00
BLATT HASENMILLER LEIBSK  UNSECURED         NOT FILED           .00            .00
NISSAN INFINITI           SECURED NOT I           .00           .00            .00
NISSAN INFINITI           UNSECURED         NOT FILED           .00            .00
PLATINUM CAPITAL INVES    SECURED NOT I           .00           .00            .00
PLATINUM CAPITAL INVES    UNSECURED         NOT FILED           .00            .00
PORTFOLIO RECOVERY        SECURED NOT I           .00           .00            .00
PORTFOLIO RECOVERY        UNSECURED         NOT FILED           .00            .00
WASHINGTON MUTUAL/PROVID  SECURED NOT I           .00           .00            .00
WASHINGTON MUTUAL/PROVID  UNSECURED         NOT FILED           .00            .00
PROVIDIAN FINANCIAL       SECURED NOT I           .00           .00            .00
PROVIDIAN FINANCIAL       UNSECURED         NOT FILED           .00            .00
SAMS CLUB                 SECURED NOT I           .00           .00            .00
SAMS CLUB                 UNSECURED         NOT FILED           .00            .00
SHERMAN ACQUISITION       SECURED NOT I           .00           .00            .00
SHERMAN ACQUISITION       UNSECURED         NOT FILED           .00            .00
SHERMAN ACQUISITION       SECURED NOT I           .00           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 26319 WALTER ERIC HALL
```

```
SHERMAN ACQUISITION       UNSECURED       NOT FILED                 .00           .00
WASHINGTON MUTUAL/PROVID  SECURED NOT I       .00                   .00           .00
WASHINGTON MUTUAL/PROVID  UNSECURED       NOT FILED                 .00           .00
NORTH STAR CAPITAL ACQ    SECURED NOT I       .00                   .00           .00
NORTH STAR CAPITAL ACQ    UNSECURED        1260.00                  .00           .00
ZENITH ACQUISITION        SECURED NOT I       .00                   .00           .00
ZENITH ACQUISITION        UNSECURED       NOT FILED                 .00           .00
ALLIED INT                UNSECURED       NOT FILED                 .00           .00
CREDITORS ALLIANCE INC    UNSECURED       NOT FILED                 .00           .00
CREDIT BUREAU SVC         UNSECURED       NOT FILED                 .00           .00
CREDITORS COLLECTION BUR  UNSECURED       NOT FILED                 .00           .00
CREDIT RECOVERY INC       UNSECURED       NOT FILED                 .00           .00
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED                 .00           .00
HARVARD COLLECTION SERVI  NOTICE ONLY     NOT FILED                 .00           .00
ILLINOIS COLLECTION SE    UNSECURED       NOT FILED                 .00           .00
ILLINOIS COLLECTION SE    UNSECURED       NOT FILED                 .00           .00
M3 FINANCIAL SVCS         UNSECURED       NOT FILED                 .00           .00
M3 FINANCIAL SVCS         UNSECURED       NOT FILED                 .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED                 .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED                 .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED                 .00           .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED                 .00           .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED                 .00           .00
OSI RECOVERY SERVICES     UNSECURED       NOT FILED                 .00           .00
NATIONWIDE COMMERCIAL LP  UNSECURED       NOT FILED                 .00           .00
NICOR GAS                 UNSECURED       NOT FILED                 .00           .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED                 .00           .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED                 .00           .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED                 .00           .00
US DEPARTMENT OF HOUSING  UNSECURED       15984.86                  .00           .00
PRO SE DEBTOR             DEBTOR ATTY         .00                                 .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

          Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                          ---------------        ---------------
TOTALS                         .00                        .00


              PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 26319 WALTER ERIC HALL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/18/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |